IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 7 |
| MARVELAY, LLC, | : | |
| | : | CASE NO. 18-69019 |
| Debtor. | : | |
| | : | |
| | : | |
| MARTHA A. MILLER, Chapter 7 Trustee for MARVELAY, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | ADVERSARY PROCEEDING |
| | : | NO. 20-06238-lrc |
| SKYDIVE SPACELAND, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ANSWER TO AMENDED COMPLAINT**

Defendant, Skydive Spaceland ("Defendant"), by and through undersigned counsel, for its

Answer to the Amended Complaint to Avoid and Recover Transfers ("Amended Complaint") filed

by Plaintiff, Martha A. Miller ("Plaintiff"), Chapter 7 Trustee for Marvelay, LLC, responds as

follows:

1.      In response to the allegations in paragraph 1 of the Amended Complaint, Defendant

admits that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334(b)

and the Standing Order of Reference of the United States District Court for the Northern District

of Georgia. Defendant admits this is a core proceeding under 28 U.S.C. § 157(b)(2)(E)(F)(H) &

(O).

4817-0977-1999.1

2.      In response to the allegations in paragraph 2 of the Amended Complaint, Defendant admits venue is proper in accordance with 28 U.S.C. § 1409(a).

3.      In response to the allegations in paragraph 3 of the Amended Complaint, Defendant admits Marvelay filed a voluntary petition for relief under Chapter 7 on November 9, 2018, however, the correct Case No. is 18-69019.

4.      Defendant admits the allegations in paragraph 4 of the Amended Complaint.

5.      Defendant admits the allegations in paragraph 5 of the Amended Complaint.

6.      Defendant admits the allegations in paragraph 6 of the Amended Complaint.

7.      In response to the allegations in paragraph 7 of the Amended Complaint, Defendant states that this paragraph contains no allegations against Defendant; therefore, no response is required.  To the extent any response is necessary, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 7 of the Amended Complaint and therefore denies those allegations.

8.      In response to the allegations in paragraph 8 of the Amended Complaint, Defendant states that this paragraph contains no allegations against Defendant; therefore, no response is required.  To the extent any response is necessary, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 8 and therefore denies those allegations. To the extent the allegations in paragraph 8 refer or relate to written documents and/or public records, those documents and records speak for themselves, and Defendant denies any allegations inconsistent with or in addition to the terms thereof.

9.      In response to the allegations in paragraph 9 of the Amended Complaint, Defendant states that this paragraph contains no allegations against Defendant; therefore, no response is required.  To the extent any response is necessary, Defendant lacks knowledge or information

2

sufficient to form a belief as to the truth of the allegations contained in paragraph 9 and therefore denies those allegations. To the extent the allegations in paragraph 9 refer or relate to written documents and/or public records, those documents and records speak for themselves, and Defendant denies any allegations inconsistent with or in addition to the terms thereof.

10.      In response to the allegations in paragraph 10 of the Amended Complaint, Defendant states that this paragraph contains no allegations against Defendant; therefore, no response is required.  To the extent any response is necessary, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 10 and therefore denies those allegations. To the extent the allegations in paragraph 10 refer or relate to written documents and/or public records, those documents and records speak for themselves, and Defendant denies any allegations inconsistent with or in addition to the terms thereof.

11.      In response to the allegations in paragraph 11 of the Amended Complaint, Defendant states that this paragraph contains no allegations against Defendant; therefore, no response is required.  To the extent any response is necessary, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 11 and therefore denies those allegations. To the extent the allegations in paragraph 11 refer or relate to written documents and/or public records, those documents and records speak for themselves, and Defendant denies any allegations inconsistent with or in addition to the terms thereof.

12.      In response to the allegations in paragraph 12 of the Amended Complaint, Defendant states that this paragraph contains no allegations against Defendant; therefore, no response is required.  To the extent any response is necessary, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 12 and therefore denies those allegations. To the extent the allegations in paragraph 12 refer or relate

3

to written documents and/or public records, those documents and records speak for themselves, and Defendant denies any allegations inconsistent with or in addition to the terms thereof.

13.     In response to the allegations in paragraph 13 of the Amended Complaint, Defendant states that this paragraph contains no allegations against Defendant; therefore, no response is required.  To the extent any response is necessary, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 13 and therefore denies those allegations. To the extent the allegations in paragraph 13 refer or relate to written documents and/or public records, those documents and records speak for themselves, and Defendant denies any allegations inconsistent with or in addition to the terms thereof.

14.     In response to the allegations in paragraph 14 of the Amended Complaint, Defendant states that this paragraph contains no allegations against Defendant; therefore, no response is required.  To the extent any response is necessary, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 14 and therefore denies those allegations. To the extent the allegations in paragraph 14 refer or relate to written documents and/or public records, those documents and records speak for themselves, and Defendant denies any allegations inconsistent with or in addition to the terms thereof.

15.     In response to the allegations in paragraph 15 of the Amended Complaint, Defendant states that this paragraph contains no allegations against Defendant; therefore, no response is required.  To the extent any response is necessary, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 15 and therefore denies those allegations. To the extent the allegations in paragraph 15 refer or relate to written documents and/or public records, those documents and records speak for themselves, and Defendant denies any allegations inconsistent with or in addition to the terms thereof.

16.     In response to the allegations in paragraph 16 of the Amended Complaint, Defendant states that this paragraph contains no allegations against Defendant; therefore, no response is required.  To the extent any response is necessary, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 16 and therefore denies those allegations. To the extent the allegations in paragraph 16 refer or relate to written documents and/or public records, those documents and records speak for themselves, and Defendant denies any allegations inconsistent with or in addition to the terms thereof.

17.     In response to the allegations in paragraph 17 of the Amended Complaint, Defendant states that this paragraph contains no allegations against Defendant; therefore, no response is required.  To the extent any response is necessary, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 17 and therefore denies those allegations. To the extent the allegations in paragraph 17 refer or relate to written documents and/or public records, those documents and records speak for themselves, and Defendant denies any allegations inconsistent with or in addition to the terms thereof.

18.     In response to the allegations in paragraph 18 of the Amended Complaint, Defendant states that this paragraph contains no allegations against Defendant; therefore, no response is required.  To the extent any response is necessary, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 18 and therefore denies those allegations. To the extent the allegations in paragraph 18 refer or relate to written documents and/or public records, those documents and records speak for themselves, and Defendant denies any allegations inconsistent with or in addition to the terms thereof.

19.     In response to the allegations in paragraph 19 of the Amended Complaint, Defendant states that this paragraph contains no allegations against Defendant; therefore, no

5

response is required.  To the extent any response is necessary, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 19 and therefore denies those allegations. To the extent the allegations in paragraph 19 refer or relate to written documents and/or public records, those documents and records speak for themselves, and Defendant denies any allegations inconsistent with or in addition to the terms thereof.

20.    In response to the allegations in paragraph 20 of the Amended Complaint, Defendant states that this paragraph contains no allegations against Defendant; therefore, no response is required.  To the extent any response is necessary, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 20 and therefore denies those allegations. To the extent the allegations in paragraph 20 refer or relate to written documents and/or public records, those documents and records speak for themselves, and Defendant denies any allegations inconsistent with or in addition to the terms thereof.

21.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 21 of the Amended Complaint and therefore denies those allegations.

22.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 22 of the Amended Complaint and therefore denies those allegations.

23.    In response to the allegations in paragraph 23 of the Amended Complaint, Defendant states that this paragraph attempts to describe a legal theory under which Plaintiff is proceeding; therefore, no response is necessary.  To the extent a response may be required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 23 and therefore denies those allegations.

24.     In response to the allegations in paragraph 24 of the Amended Complaint, Defendant states that this paragraph attempts to describe a legal theory under which Plaintiff is proceeding; therefore, no response is necessary.  To the extent a response may be required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 24 and therefore denies those allegations.

25.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 25 of the Amended Complaint and therefore denies those allegations.

26.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 26 of the Amended Complaint and therefore denies those allegations.

27.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 27 of the Amended Complaint and therefore denies those allegations.

28.     In response to the allegations in paragraph 28 of the Amended Complaint, Defendant states that this paragraph attempts to describe a legal theory under which Plaintiff is proceeding; therefore, no response is necessary.  To the extent a response may be required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 28 and therefore denies those allegations.

29.     In response to the allegations in paragraph 29 of the Amended Complaint, Defendant states that it provided services to customers with vouchers. However, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 29 and therefore denies those allegations.

30.     In response to the allegations in paragraph 30 of the Amended Complaint, Defendant states that this paragraph attempts to describe a legal theory under which Plaintiff is proceeding; therefore, no response is necessary.  To the extent a response may be required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 30 and therefore denies those allegations.

31.     In response to the allegations in paragraph 31 of the Amended Complaint, Defendant states that this paragraph attempts to describe a legal theory under which Plaintiff is proceeding; therefore, no response is necessary.  To the extent a response may be required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 31 and therefore denies those allegations.

32.     In response to the allegations in paragraph 32 of the Amended Complaint, Defendant states that this paragraph attempts to describe a legal theory under which Plaintiff is proceeding; therefore, no response is necessary.  To the extent a response may be required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 32 and therefore denies those allegations.

33.     In response to the allegations in paragraph 33 of the Amended Complaint, Defendant states that this paragraph attempts to describe a legal theory under which Plaintiff is proceeding; therefore, no response is necessary.  To the extent a response may be required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 33 and therefore denies those allegations.

34.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 34 of the Amended Complaint and therefore denies those allegations.

35.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 35 of the Amended Complaint and therefore denies those allegations.

36.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 36 of the Amended Complaint and therefore denies those allegations.

37.     In response to the allegations in paragraph 37 of the Amended Complaint, Defendant states that this paragraph attempts to describe a legal theory under which Plaintiff is proceeding; therefore, no response is necessary.  To the extent a response may be required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 37 and therefore denies those allegations.

38.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 38 of the Amended Complaint and therefore denies those allegations.

39.     In response to the allegations in paragraph 39 of the Amended Complaint, Defendant states that this paragraph attempts to describe a legal theory under which Plaintiff is proceeding; therefore, no response is necessary.  To the extent a response may be required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 39 and therefore denies those allegations.

40.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 40 of the Amended Complaint and therefore denies those allegations.

41.    In response to the allegations in paragraph 41 of the Amended Complaint, Defendant states that this paragraph attempts to describe a legal theory under which Plaintiff is proceeding; therefore, no response is necessary.  To the extent a response may be required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 41 and therefore denies those allegations.

42.    In response to the allegations in paragraph 42 of the Amended Complaint, Defendant states that this paragraph attempts to describe a legal theory under which Plaintiff is proceeding; therefore, no response is necessary.  To the extent a response may be required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 42 and therefore denies those allegations.

43.    In response to the allegations in paragraph 43 of the Amended Complaint, Defendant states that this paragraph attempts to describe a legal theory under which Plaintiff is proceeding; therefore, no response is necessary.  To the extent a response may be required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 43 and therefore denies those allegations.

44.    In response to the allegations in paragraph 44 of the Amended Complaint, Defendant states that this paragraph attempts to describe a legal theory under which Plaintiff is proceeding; therefore, no response is necessary.  To the extent a response may be required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 44 and therefore denies those allegations.

45.    In response to the allegations in paragraph 45 of the Amended Complaint, Defendant states that this paragraph attempts to describe a legal theory under which Plaintiff is proceeding; therefore, no response is necessary.  To the extent a response may be required,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 45 and therefore denies those allegations.

46.    In response to the allegations in paragraph 46 of the Amended Complaint, Defendant states that this paragraph attempts to describe a legal theory under which Plaintiff is proceeding; therefore, no response is necessary.  To the extent a response may be required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 46 and therefore denies those allegations.

47.    In response to the allegations in paragraph 47 of the Amended Complaint, Defendant states that this paragraph contains no allegations against Defendant; therefore, no response is required.  To the extent any response is necessary, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 47 and therefore denies those allegations. To the extent the allegations in paragraph 47 refer or relate to written documents and/or public records, those documents and records speak for themselves, and Defendant denies any allegations inconsistent with or in addition to the terms thereof.

48.    In response to the allegations in paragraph 48 of the Amended Complaint, Defendant states that this paragraph contains no allegations against Defendant; therefore, no response is required.  To the extent any response is necessary, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 48 and therefore denies those allegations. To the extent the allegations in paragraph 48 refer or relate to written documents and/or public records, those documents and records speak for themselves, and Defendant denies any allegations inconsistent with or in addition to the terms thereof.

49.    In response to the allegations in paragraph 49 of the Amended Complaint, Defendant states that this paragraph contains no allegations against Defendant; therefore, no

response is required.  To the extent any response is necessary, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 49 and therefore denies those allegations. To the extent the allegations in paragraph 49 refer or relate to written documents and/or public records, those documents and records speak for themselves, and Defendant denies any allegations inconsistent with or in addition to the terms thereof.

50.     In response to the allegations in paragraph 50 of the Amended Complaint, Defendant states that this paragraph contains no allegations against Defendant; therefore, no response is required.  To the extent any response is necessary, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 50 and therefore denies those allegations. To the extent the allegations in paragraph 50 refer or relate to written documents and/or public records, those documents and records speak for themselves, and Defendant denies any allegations inconsistent with or in addition to the terms thereof.

51.     In response to the allegations in paragraph 51 of the Amended Complaint, Defendant states that this paragraph contains no allegations against Defendant; therefore, no response is required.  To the extent any response is necessary, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 51 and therefore denies those allegations. To the extent the allegations in paragraph 51 refer or relate to written documents and/or public records, those documents and records speak for themselves, and Defendant denies any allegations inconsistent with or in addition to the terms thereof.

52.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 52 of the Amended Complaint and therefore denies those allegations.

53.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 53 of the Amended Complaint and therefore denies those allegations.

54.    In response to the allegations in paragraph 54 of the Amended Complaint, Defendant states that this paragraph attempts to describe a legal theory under which Plaintiff is proceeding; therefore, no response is necessary.  To the extent a response may be required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 54 and therefore denies those allegations.

55.    In response to the allegations in paragraph 55 of the Amended Complaint, Defendant states that this paragraph contains no allegations against Defendant; therefore, no response is required.  To the extent any response is necessary, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 55 and therefore denies those allegations. To the extent the allegations in paragraph 55 refer or relate to written documents and/or public records, those documents and records speak for themselves, and Defendant denies any allegations inconsistent with or in addition to the terms thereof.

56.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 56 of the Amended Complaint and therefore denies those allegations. To the extent the allegations in paragraph 56 refer or relate to written documents and/or public records, those documents and records speak for themselves, and Defendant denies any allegations inconsistent with or in addition to the terms thereof.

57.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 57 of the Amended Complaint and therefore denies those allegations. To the extent the allegations in paragraph 57 refer or relate to written documents and/or

public records, those documents and records speak for themselves, and Defendant denies any allegations inconsistent with or in addition to the terms thereof.

58.     In response to the allegations contained in paragraph 58 of the Amended Complaint, Defendant states the referenced Bankruptcy Court Order speaks for itself, and Defendant denies any allegations inconsistent with or in addition to the terms thereof.

59.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 59 of the Amended Complaint and therefore denies those allegations. To the extent the allegations in paragraph 59 refer or relate to written documents and/or public records, those documents and records speak for themselves, and Defendant denies any allegations inconsistent with or in addition to the terms thereof.

60.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 60 of the Amended Complaint and therefore denies those allegations. To the extent the allegations in paragraph 60 refer or relate to written documents and/or public records, those documents and records speak for themselves, and Defendant denies any allegations inconsistent with or in addition to the terms thereof.

61.     In response to the allegations in paragraph 61 of the Amended Complaint, Defendant states that this paragraph attempts to describe a legal theory under which Plaintiff is proceeding; therefore, no response is necessary.  To the extent a response may be required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 61 and therefore denies those allegations.

62.     In response to the allegations in paragraph 62 of the Amended Complaint, Defendant states that this paragraph attempts to describe a legal theory under which Plaintiff is proceeding; therefore, no response is necessary.  To the extent a response may be required,

14

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 62 and therefore denies those allegations.

63.     In response to the allegations in paragraph 63 of the Amended Complaint, Defendant states that this paragraph attempts to describe a legal theory under which Plaintiff is proceeding; therefore, no response is necessary.  To the extent a response may be required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 63 and therefore denies those allegations.

64.     Defendant denies the allegations contained in paragraph 64 of the Amended Complaint.

65.     In response to the allegations in paragraph 65 of the Amended Complaint, Defendant states that this paragraph attempts to describe a legal theory under which Plaintiff is proceeding; therefore, no response is necessary.  To the extent a response may be required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 65 and therefore denies those allegations.

66.     In response to the allegations in paragraph 66 of the Amended Complaint, Defendant states that this paragraph attempts to describe a legal theory under which Plaintiff is proceeding; therefore, no response is necessary.  To the extent a response may be required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 66 and therefore denies those allegations.

67.     In response to the allegations in paragraph 67 of the Amended Complaint, Defendant states that this paragraph attempts to describe a legal theory under which Plaintiff is proceeding; therefore, no response is necessary.  To the extent a response may be required,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 67 and therefore denies those allegations.

68.    In response to the allegations in paragraph 68 of the Amended Complaint, Defendant states that this paragraph attempts to describe a legal theory under which Plaintiff is proceeding; therefore, no response is necessary.  To the extent a response may be required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 68 and therefore denies those allegations.

69.    In response to the allegations in paragraph 69 of the Amended Complaint, Defendant admits that it provided services to certain customers.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 69 and therefore denies those allegations.

70.    Defendant denies the allegations contained in paragraph 70 of the Amended Complaint.

71.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 71 of the Amended Complaint and therefore denies those allegations.

72.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 72 of the Amended Complaint and therefore denies those allegations.

73.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 73 of the Amended Complaint and therefore denies those allegations.

74.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 74 of the Amended Complaint and therefore denies those allegations.

75.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 75 of the Amended Complaint and therefore denies those allegations.

76.     Defendant denies the allegations contained in paragraph 76 of the Amended Complaint.

77.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 77 of the Amended Complaint and therefore denies those allegations.

78.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 78 of the Amended Complaint and therefore denies those allegations.

79.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 79 of the Amended Complaint and therefore denies those allegations.

80.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 80 of the Amended Complaint and therefore denies those allegations.

81.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 81 of the Amended Complaint and therefore denies those allegations.

82.     Defendant denies the allegations contained in paragraph 82 of the Amended Complaint.

83.     In response to the allegations contained in paragraph 83 of the Amended Complaint, Defendant admits it would receive a gift certificate or voucher with a certificate number at or prior to the time of service. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 83 and therefore denies those allegations.

84.     Defendant denies the allegations contained in paragraph 84 of the Amended Complaint.

85.     In response to the allegations contained in paragraph 85 of the Amended Complaint, Defendant admits it would submit a redemption form in connection with the service provided. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 85 and therefore denies those allegations.

86.     In response to the allegations contained in paragraph 86 of the Amended Complaint, Defendant admits that some of certain redemption forms contained the Rushcube name and logo. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 86 and therefore denies those allegations.

87.     In response to the allegations contained in paragraph 87 of the Amended Complaint, Defendant admits it submitted redemption forms in connection with services provided. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 87 and therefore denies those allegations.

88.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 88 of the Amended Complaint and therefore denies those allegations.

89.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 89 of the Amended Complaint and therefore denies those allegations.

90.     In response to the allegations contained in paragraph 90 of the Amended Complaint, Defendant admits that certificates were signed by customers with a verification that services had been rendered. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 90 and therefore denies those allegations.

91.     Defendant denies the allegations contained in paragraph 91 of the Amended Complaint.

92.     Defendant denies the allegations, including those in the subsections, contained in paragraph 92 of the Amended Complaint.

93.     Defendant denies the allegations contained in paragraph 93 of the Amended Complaint.

94.     Defendant denies the allegations contained in paragraph 94 of the Amended Complaint.

95.     In response to paragraph 95 of the Amended Complaint, Defendant admits the Amended Complaint contains an "Exhibit A" with various figures of alleged transfers. Defendant denies the remaining allegations in paragraph 95.

96.     Defendant denies the allegations contained in paragraph 96 of the Amended Complaint.

97.     Defendant denies the allegations contained in paragraph 97 of the Amended Complaint.

98.     In response to paragraph 98 of the Amended Complaint, Defendant admits the Amended Complaint contains an "Exhibit A" with various figures of alleged transfers. Defendant denies the remaining allegations in paragraph 98.

99.     Defendant denies the allegations contained in paragraph 99 of the Amended Complaint.

100.    In response to paragraph 100 of the Amended Complaint, Defendant admits the Amended Complaint contains an "Exhibit A" with various figures of alleged transfers. Defendant denies the remaining allegations in paragraph 100.

101.    Defendant denies the allegations contained in paragraph 101 of the Amended Complaint.

102.    Paragraph 102 of the Amended Complaint contains no allegations against Defendant; therefore, no response is required. To the extent a response may be required, Defendant denies the allegations contained in paragraph 102. Defendant reserves the right to supplement its responses to any allegations made by the Plaintiff.

103.    Paragraph 103 of the Amended Complaint contains no allegations against Defendant; therefore, no response is required. To the extent a response may be required, Defendant incorporates by reference its responses to the preceding paragraphs.

104.    Paragraph 104 of the Amended Complaint contains no allegations against Defendant; therefore, no response is required. To the extent a response may be required, Defendant denies the allegations contained in paragraph 104.

20

105.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 105 of the Amended Complaint and therefore denies those allegations.   Defendant denies any allegation that the transfers at issue were preferential transfers.

106.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 106 of the Amended Complaint and therefore denies those allegations.   Defendant denies any allegation that the transfers at issue were preferential transfers.

107.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 107 of the Amended Complaint and therefore denies those allegations.   Defendant denies any allegation that the transfers at issue were preferential transfers.

108.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 108 of the Amended Complaint and therefore denies those allegations.   Defendant denies any allegation that the transfers at issue were preferential transfers.

109.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 109 of the Amended Complaint and therefore denies those allegations.   Defendant denies any allegation that the transfers at issue were preferential transfers.

110.    Defendant denies the allegations contained in paragraph 110 of the Amended Complaint.

111.    Paragraph 111 of the Amended Complaint contains no allegations against Defendant; therefore, no response is required. To the extent a response may be required, Defendant incorporates by reference its responses to the preceding paragraphs.

112.    Paragraph 112 of the Amended Complaint contains no allegations against Defendant; therefore, no response is required. To the extent a response may be required, Defendant denies the allegations contained in paragraph 112.

113.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 113 of the Amended Complaint and therefore denies those allegations.  Defendant denies any allegation that the transfers at issue were fraudulent transfers.

114.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 114 of the Amended Complaint and therefore denies those allegations.  Defendant denies any allegation that the transfers at issue were fraudulent transfers.

115.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 115 of the Amended Complaint and therefore denies those allegations.  Defendant denies any allegation that the transfers at issue were fraudulent transfers.

116.    Defendant denies the allegations contained in paragraph 116 of the Amended Complaint.

117.    Defendant denies the allegations contained in paragraph 117 of the Amended Complaint.

118.    Defendant denies the allegations contained in paragraph 118 of the Amended Complaint.

119.    Paragraph 119 of the Amended Complaint contains no allegations against Defendant; therefore, no response is required. To the extent a response may be required, Defendant incorporates by reference its responses to the preceding paragraphs.

120.    Paragraph 120 of the Amended Complaint contains no allegations against Defendant; therefore, no response is required. To the extent a response may be required, Defendant denies the allegations contained in paragraph 120.

121.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 121 of the Amended Complaint and therefore denies those allegations.  Defendant denies any allegation that the transfers at issue were fraudulent transfers.

122.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 122 of the Amended Complaint and therefore denies those allegations.  Defendant denies any allegation that the transfers at issue were fraudulent transfers.

123.    Defendant denies the allegations contained in paragraph 123 of the Amended Complaint.

124.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 124 of the Amended Complaint and therefore denies those allegations.

125.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 125 of the Amended Complaint and therefore denies

those allegations. Defendant denies any allegation that the transfers at issue were fraudulent transfers.

126. Defendant denies the allegations contained in paragraph 126 of the Amended Complaint.

127. Paragraph 127 of the Amended Complaint contains no allegations against Defendant; therefore, no response is required. To the extent a response may be required, Defendant incorporates by reference its responses to the preceding paragraphs.

128. Paragraph 128 of the Amended Complaint contains no allegations against Defendant; therefore, no response is required. To the extent a response may be required, Defendant denies the allegations contained in paragraph 128.

129. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 129 of the Amended Complaint and therefore denies those allegations.

130. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 130 of the Amended Complaint and therefore denies those allegations. Defendant denies any allegation that the transfers at issue were fraudulent transfers.

131. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 131 of the Amended Complaint and therefore denies those allegations.

132. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 132 of the Amended Complaint and therefore denies those allegations.

133.    Defendant denies the allegations contained in paragraph 133 of the Amended Complaint.

134.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 134 of the Amended Complaint and therefore denies those allegations.

135.    Defendant denies the allegations contained in paragraph 135 of the Amended Complaint.

136.    Defendant denies the allegations contained in paragraph 136 of the Amended Complaint.

In response to the unnumbered paragraphs after paragraph 136 of the Amended Complaint, Defendant denies that Plaintiff is entitled to the requested relief set forth in subsections (a) through (g) of its Request for Relief or to any relief whatsoever.

<u>FURTHER DEFENSES</u>

1.    The allegations contained in the Amended Complaint fail to state a claim upon which relief can be granted, and, therefore, the claims should be dismissed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, made applicable to this adversary proceeding by Rule 7012 of the Federal Rules of Bankruptcy Procedure.

2.    Plaintiff is unable to recover from Defendant because Defendant is a good faith transferee who gave for value, and without knowledge of the avoidability of any transfer, pursuant to 11 U.S.C. § 550(b).

3.    Defendant reserves the right to adopt and/or incorporate any defenses asserted by any other party later named a defendant.

25

4.      Plaintiff's claims against Defendant are barred by the applicable statute of limitations, estoppel, waiver, laches, and/or release.

5.      Defendant contests the nature and amount of Plaintiff's alleged damages.

6.      If Plaintiff is entitled to any damages against Defendant, then the Defendant is entitled to a setoff because the Plaintiff has mitigated all or some of its alleged damages.

7.      At all times relevant to the allegations in the Amended Complaint, Defendant acted in good faith, and exercised ordinary care in its dealings with Plaintiff.

8.      To the extent that Defendant received the alleged transfers, Plaintiff's claims against Defendant are barred because Defendant received the transfers in good faith, and for value, within the meaning of 11 U.S.C. § 548(c).

9.      To the extent that Defendant received the alleged transfers, Plaintiff's claims against Defendant are barred because Defendant received the transfers in good faith, and for reasonably equivalent value, within the meaning of O.C.G.A. § 18-2-78.

10.     Should Plaintiff recover anything in this adversary proceeding, such recovery is subject to Defendant's right of setoff and/or recoupment, including, but not limited to, a potential claim under § 502(h) of the Bankruptcy Code.

11.     Defendant is a good faith transferee entitled to a lien under § 550(e) of the Bankruptcy Code on any property recovered by the Plaintiff.

12.     Plaintiff and/or the Debtor received reasonably equivalent value in exchange for each of the alleged transfers made to Defendant.

13.     The alleged transfers are not subject to avoidance and recovery from Defendant under the principles articulated by the United States Court of Appeals for the Eleventh Circuit in *Orlick v. Kozyak (In re Fin. Federated Title & Trust, Inc.)*, 309 F.3d 1325 (11th Cir. 2002).

14.    Defendant has not yet had the opportunity to complete its investigation and discovery concerning the allegations set forth in the Amended Complaint. Accordingly, Defendant reserves the right, upon permission of the Court, to amend its Answer, or to include in a pre-trial order such further affirmative defenses as may be deemed applicable based upon further investigation and discovery.

WHEREFORE, having fully answered the Amended Complaint, Defendant respectfully requests that the Court enter an Order:

(a)  Dismissing the Amended Complaint with prejudice;

(b)  Granting judgment in favor of Defendant and against the Plaintiff on all counts of the Amended Complaint;

(c)  Awarding Defendant its attorneys' fees and costs; and

(d)  Granting Defendant such other relief as is just and proper.

Dated: March 12, 2021.

<div style="margin-left:40%">

Respectfully submitted:

/s/ Glenn E. Glover
Glenn E. Glover
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
(205) 521-8000
gglover@bradley.com
*Attorneys for Defendant*

</div>

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 12, 2021, I have caused a true and correct copy of the foregoing to be served electronically through the Court's CM/ECF system to all parties requesting such service in this adversary proceeding.

<div align="right">

/s/ Glenn E. Glover         

Glenn E. Glover

</div>