IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: : <br> : <br> MARVELAY, LLC, : <br> : <br> Debtor. : <br> ───────────────── : <br> : <br> : <br> MARTHA A. MILLER, Chapter 7 Trustee : <br> for MARVELAY, LLC, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> SKYDIVE SPACELAND (HOUSTON) : <br> : <br> Defendant. : <br> ───────────────── : | CHAPTER 7 <br><br> CASE NO. 18-69019 <br><br><br><br><br><br><br><br><br> ADVERSARY PROCEEDING <br> NO. 20-06238-lrc |

**JOINT STIPULATION OF DISMISSAL**

Plaintiff, Martha A. Miller, as the Chapter 7 Trustee for Marvelay, LLC ("Plaintiff"), and Defendant B&B Aviation, LLC, d/b/a Skydive Spaceland (Houston) ("Defendant") have executed that certain Settlement Agreement (the "Settlement Agreement") attached as Exhibit 1 to the Trustee's Motion for Order Authorizing Compromises and Settlements with Various Defendants under Federal Rules of Bankruptcy Procedure Rule 9019 (Doc. No. 164), which was approved by Order of the Court dated August 25, 2021 (Doc. No. 166). Pursuant to the Settlement Agreement, Plaintiff released the claims at issue in this adversary proceeding as specifically set forth therein, and the conditions of paragraph 3 of the Settlement Agreement have now been met. Accordingly, pursuant to the Settlement Agreement, the parties hereby stipulate to the dismissal, with prejudice, of this adversary proceeding and the adversary proceeding is hereby dismissed with prejudice.

4820-7834-1374.1

Dated: February 1, 2022.

| Consented to by: | Respectfully submitted: |
|---|---|
| /s/ Gregory D. Ellis | /s/ Glenn E. Glover |
| Gregory D. Ellis | Glenn E. Glover |
| Georgia Bar No. 245310 | Bradley Arant Boult Cummings LLP |
| gellis@lcenlaw.com | One Federal Place |
| Lamberth, Cifelli, Ellis & Nason, P.A. | 1819 Fifth Avenue North |
| 6000 Lake Forrest Drive, N.W., Ste. 435 | Birmingham, AL 35203 |
| Atlanta, GA 30328 | (205) 521-8000 |
| P: (404) 262-7373 | gglover@bradley.com |
| *Attorneys for Trustee* | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

    I hereby certify that on February 1, 2022, I have caused a true and correct copy of the foregoing to be served electronically through the Court's CM/ECF system to all parties requesting such service in this adversary proceeding.

/s/ Glenn E. Glover
Glenn E. Glover